| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Primex Clinical Laboratories, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

95-4574505

**4. Debtor's address**

**Principal place of business**

**16742 Stagg Street Suite 120**
**Van Nuys, CA 91406**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Primex Clinical Laboratories, Inc.** Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  ____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | | ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

Debtor **Primex Clinical Laboratories, Inc.**_____  Case number (*if known*)_____
      Name

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency **TO BE PROVIDED**
     Contact name _____
     Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**   *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.

   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

15. **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Primex Clinical Laboratories, Inc.**  Case number (*if known*)
   Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Primex Clinical Laboratories, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 10, 2023**
MM / DD / YYYY

X _/s/ Oshin Harootoonian_
Signature of authorized representative of debtor

Printed name: **Oshin Harootoonian**

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Garrick A. Hollander**
Signature of attorney for debtor

Date **October 10, 2023**
MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone **949-720-4100**    Email address **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Primex Clinical Laboratories, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dana Gordon dba Ignite, Inc. etc. 423 Bradley Cir. Myrtle Beach, SC 29575** | | Judgment | | | | $34,507,942.30 |
| **Siemens Healthcare Diagnostics Inc. Attn: Corporate Officer Diagnostics Corp. P.O. Box  121102 Dallas, TX 75312-1102** | | Trade | | | | $370,011.00 |
| **Bio-Rad Laboratories, Inc. Attn: Corporate Officer P.O. Box  849740 Los Angeles, CA 90084-9740** | | Trade | | | | $93,536.00 |
| **Hologic Limited Partnership Attn: Corporate Officer 24506 Network Place Chicago, IL 60673-1245** | | Trade | | | | $52,784.00 |
| **California Lab Choice Attn: Corporate Officer 3401 Fujita Street Torrance, CA 90505** | | Trade | | | | $44,840.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Primex Clinical Laboratories, Inc.**                                                                  Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express Attn: Corporate Officer Box 0001 Los Angeles, CA 90096-8000** | | **Trade** | | | | $28,822.00 |
| **Beckman Coulter, Inc. Attn: Corporate Officer Dept. CH 10164 Palatine, IL 60055-0164** | | **Trade** | | | | $18,669.00 |
| **Zef Scientific, Inc. Attn: Corporate Officer 10 Rancho Circle Lake Forest, CA 92630** | | **Trade** | | | | $14,886.00 |
| **Thomas Scientific Attn: Corporate Officer P.O. Box 536750 Pittsburgh, PA 15253-5909** | | **Trade** | | | | $12,884.00 |
| **Siemens Attn: Corporate Officer Water Technologies Corp. P.O. Box 360766 Pittsburgh, PA 15250-6766** | | **Trade** | | | | $11,879.00 |
| **Neogen Corporation Attn: Corporate Officer 25154 Network Place Chicago, IL 60673-1251** | | **Trade** | | | | $4,846.00 |
| **CompuGroup Medical US Attn: Corporate Officer 10065 Red Run Blvd. #150 Owings Mills, MD 21117** | | **Trade** | | | | $4,291.00 |

| Debtor | **Primex Clinical Laboratories, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gold Standard Diagnostics**<br>**Attn: Corporate Officer**<br>**P.O. Box 11407**<br>**Dept. #5907**<br>**Birmingham, AL 35246-5907** | | **Trade** | | | | $3,448.00 |
| **MedDraw, LLC**<br>**Attn: Corporate Officer**<br>**77 Rolling Oaks Dr. #106**<br>**Thousand Oaks, CA 91361** | | **Trade** | | | | $2,660.00 |
| **Westshore Draw Station**<br>**Attn: Corporate Officer**<br>**1240 Westlake Blvd. #227**<br>**Westlake Village, CA 91361** | | **Trade** | | | | $2,166.00 |
| **Fisher HealthCare**<br>**Attn: Corporate Officer**<br>**P.O. Box 50129**<br>**Los Angeles, CA 90074-0129** | | **Trade** | | | | $1,754.00 |
| **Phenomenex, Inc.**<br>**Attn: Corporate Officer**<br>**P.O. Box 749397**<br>**Los Angeles, CA 90074** | | **Trade** | | | | $1,471.00 |
| **McKesson Medical Surgical**<br>**Attn: Corporate Officer**<br>**P. O. Box 51020**<br>**Los Angeles, CA 90051-5320** | | **Trade** | | | | $446.00 |
| **The Hartford**<br>**Attn: Corporate Officer**<br>**P O Box 660916**<br>**Dallas, TX 75266-0916** | | **Trade** | | | | $404.00 |

| Debtor | **Primex Clinical Laboratories, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pure Water of Los Angeles**<br>**Attn: Corporate Officer**<br>**5632 Van Nuys Blvd. #1252**<br>**Van Nuys, CA 91401** | | **Trade** | | | | $226.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>949-720-4100 Fax: 949-720-4111<br>California State Bar Number: **166316 CA**<br>ghollander@wghlawyers.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Primex Clinical Laboratories, Inc.**

Debtor(s).

CASE NO.:

CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 10, 2023**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **October 10, 2023**

/s/ Garrick A. Hollander
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    F 1007-1.MAILING.LIST.VERIFICATION

```
Primex Clinical Laboratories, Inc.
16742 Stagg Street Suite 120
Van Nuys, CA 91406


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


American Express
Attn: Corporate Officer
Box 0001
Los Angeles, CA 90096-8000


AT&T
Attn: Corporate Officer
P.O. Box  5014
Carol Stream, IL 60197-5014


Beckman Coulter, Inc.
Attn: Corporate Officer
Dept. CH 10164
Palatine, IL 60055-0164


Bio-Rad Laboratories, Inc.
Attn: Corporate Officer
P.O. Box  849740
Los Angeles, CA 90084-9740


CA Dept. of Tax and Fee Admin.
Collection Support Bk Team MIC 74
PO Box 942879
Sacramento, CA 94279-0074


California Dept. of Tax and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279
```

```
California Lab Choice
Attn: Corporate Officer
3401 Fujita Street
Torrance, CA 90505


CompuGroup Medical US
Attn: Corporate Officer
10065 Red Run Blvd.#150
Owings Mills, MD 21117



Dana Gordon dba Ignite, Inc. etc.
423 Bradley Cir.
Myrtle Beach, SC 29575


DDI Leasing, Inc.
Attn: Corporate Officer
181 New Road Suite 304
Parsippany, NJ 07054


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Eric Garofano
225 South Grand Ave. Apt 414
Los Angeles, CA 90012-4424


First-Citizens Bank & Trust Co.
Attn: Corporate Officer
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Fisher HealthCare
Attn: Corporate Officer
P.O. Box 50129
Los Angeles, CA 90074-0129
```

```
Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


GenProbe Instruments
Attn: Corporate Officer
10210 Genetic Center Dr.
San Diego, CA 92121


Gold Standard Diagnostics
Attn: Corporate Officer
P.O. Box 11407
Dept. #5907
Birmingham, AL 35246-5907


Hologic Limited Partnership
Attn: Corporate Officer
24506 Network Place
Chicago, IL 60673-1245


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jerome Alan Kaplan, Esq.
Kaplan Kenegos & Kadin
9150 Wilshire Blvd Suite 175
Beverly Hills, CA 90212-3450


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


McKesson Medical Surgical
Attn: Corporate Officer
P. O. Box  51020
Los Angeles, CA 90051-5320
```

```
MedDraw, LLC
Attn: Corporate Officer
77 Rolling Oaks Dr.
#106
Thousand Oaks, CA 91361


Neogen Corporation
Attn: Corporate Officer
25154 Network Place
Chicago, IL 60673-1251


NextGen Healthcare, Inc.
Attn: Corporate Officer
P.O. Box  511449
Los Angeles, CA 90051


Phenomenex, Inc.
Attn: Corporate Officer
P.O. Box  749397
Los Angeles, CA 90074


Pure Water of Los Angeles
Attn: Corporate Officer
5632 Van Nuys Blvd.#1252
Van Nuys, CA 91401



Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591


Shane W. Tseng, Esq.
Prospera Law, LLP
1901 Avenue of the Stars, #480
Los Angeles, CA 90067


Siemens
Attn: Corporate Officer
Water Technologies Corp.
P.O. Box 360766
Pittsburgh, PA 15250-6766
```

```
Siemens Healthcare Diagnostics Inc.
Attn: Corporate Officer
Diagnostics Corp.
P.O. Box  121102
Dallas, TX 75312-1102


Texas District Court
234th Judicial District
201 Caroline Street, 13th Floor
(Cause No. 2022-41359)
Houston, TX 77002


The Hartford
Attn: Corporate Officer
P O Box 660916
Dallas, TX 75266-0916


Thomas Scientific
Attn: Corporate Officer
P.O. Box  536750
Pittsburgh, PA 15253-5909


United States Trustee (LA)
915 Wilshire Blvd., #1850
Los Angeles, CA 90017


Westshore Draw Station
Attn: Corporate Officer
1240 Westlake Blvd.
Suite #227
Westlake Village, CA 91361


World Wide Express
Attn: Corporate Officer
P.O. Box  101903
Pasadena, CA 91189


Zef Scientific, Inc.
Attn: Corporate Officer
10 Rancho Circle
Lake Forest, CA 92630
```

ACTION BY UNANIMOUS WRITTEN CONSENT
IN LIEU OF SPECIAL MEETING OF THE DIRECTORS OF

**PRIMEX CLINICAL LABORATORIES, INC.**
**a California corporation,**

The undersigned, being a member of the Board of Directors ("Board") of Primex Clinical Laboratories, Inc., a California corporation (the "Company"), entitled to vote at meetings of the Board, hereby consent to the within described actions and adopt by their signatures below the following resolutions effective as of October 10, 2023:

**INSOLVENCY PROCEEDINGS**

WHEREAS, it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 11 of the Bankruptcy Code through the filing of a Chapter 11 bankruptcy petition ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California;

RESOLVED, that the Company be, and hereby is, authorized to file a Petition for Relief under Chapter 11 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that the Company be, and hereby is, authorized to engage the law firm of Winthrop Golubow Hollander, LLP ("WGH"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of WGH's engagement agreement letter, dated October 3, 2023, with the Company;

RESOLVED FURTHER, that each of the officers and directors of the Company is hereby authorized and directed to execute and deliver any and all documents and to take such other action as he deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions;

RESOLVED FURTHER, that any and all actions heretofore taken by the officers or directors of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company.

The undersigned direct that, upon signing, this consent be filed with the minutes of the proceedings of the Board of the Company.

Dated: October 10, 2023

_____
Oshin Harootoonian, Chief Executive Officer

268110